IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON FEKRAT, an individual, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE GEO GROUP, Inc., and )<br>DOES 1-50, )<br>)<br>Defendants. )<br>_____ ) | 1:12-CV-1940 AWI MJS<br><br>ORDER VACATING JANUARY 7, 2013 HEARING<br><br>ORDER REFERRING PENDING MOTIONS TO DISMISS TO MAGISTRATE JUDGE MICHAEL J. SENG |

Plaintiff Ron Fekrat was a federal prisoner at Taft Correctional Facility ("Taft"). Plaintiff alleges that Defendants were negligent when they housed Plaintiff at a location known for Valley Fever (Coccidioidomycosis), failed to properly mitigate Plaintiff's exposure to Valley Fever, and neglected to appropriately treat Plaintiff. The complaint specifically names the GEO Group and Does 1 to 50 as Defendants. Management & Training Corporation ("MTC") has also made an appearance as a Defendant. Plaintiff contends that Defendants were negligent in failing to provide, operate, and maintain a safe and habitable prison. Plaintiff alleges that Taft is located on a site immersed in the airborne spores that cause Valley Fever and Defendants failed to implement preventative measures to protect Plaintiff from the infection he now carries.

Because Defendants and Plaintiff are citizens of different states, on October 10, 2012, Defendants removed this action to this court.

Defendants have filed a motion to dismiss the complaint. This motion is set for hearing before the undersigned on January 7, 2013. The court has reviewed the pending motion. The pending motion concerns whether Plaintiff has exhausted relevant administrative remedies and whether the complaint's allegations about Taft's conditions state a claim for negligence. Because this case and the pending motion concern prison conditions, the court finds that this motion should be referred to Magistrate Judge Michael J. Seng pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72 for the entry for Findings and Recommendations.

Accordingly, it is HEREBY ORDERED that:

1. The pending motion to dismiss is REFERRED to Magistrate Judge Michael J. Seng;
2. The hearing date before the undersigned on January 7, 2013 is VACATED; and
3. In the event Magistrate Judge Michael J. Seng desires to hold a hearing on the pending motion, Magistrate Judge Michael J. Seng's Chambers will contact the parties and set a hearing date at Magistrate Judge Michael J. Seng's convenience.

IT IS SO ORDERED.

Dated:   January 3, 2013

UNITED STATES DISTRICT JUDGE

2