1
2
3
4
5
6
7            **IN THE UNITED STATES DISTRICT COURT**

8         **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10   RON FEKRAT, an individual,              ) **ORDER REASSIGNING ACTION**
                                             )
11                     Plaintiff,            ) Old Case Number: 1:12-cv-01940-AWI-MJS
                                             )
12        v.                                 ) **New Case Number: 1:12-cv-01940-AWI-JLT**
                                             )
13   THE GEO GROUP, INC., et al.,            )
                                             )
14                    Defendants.            )
     _____ )
15

16          This case was removed to this Court from Kern County Superior Court.  Review of

17   the complaint reveals that the events alleged in the action occurred in Kern County.

18   Accordingly, the proper venue for this case is Bakersfield, California. As such, the Clerk of

19   the Court is directed to reassign the action to the Honorable Jennifer L. Thurston as the

20   Magistrate Judge. All further papers shall bear the new case number **1:12-cv-01940-AWI-**

21   **JLT**. Failure to use the correct case number may result in delay in documents being

22   received by the correct judicial officer.

23

24   IT IS SO ORDERED.

25   Dated:     February 4, 2013              _____ /s/ *Michael J. Seng* _____
                                              UNITED STATES MAGISTRATE JUDGE
26

27

28

                                        1