Jason K. Feldman SBN 213386
Ian Wallach, SBN 237849
FELDMAN & WALLACH
606 Venice Blvd., Suite C
Venice, CA 90291
Telephone: (310) 577-2001
Fax: (310) 564-2004
jason@feldmanwallach.com
ian@feldmanwallach.com

Attorneys for Plaintiff Ron Fekrat

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON FEKRAT, | Civil No. 1:12-cv-01940-AWI-JTL |
| Plaintiff, | **ORDER** |
| v. | |
| THE GEO GROUP, INC., AND JOHN DOES 1 – 50. | |
| Defendants. | |

The stipulation is APPROVED, and this action is hereby DISMISSED WITHOUT PREJUDICE, each party to bear its own fees and costs.

All dates in this action are hereby vacated including Federal Rules of Civil Procedure, Rule 26 Report and Scheduling Conference.

IT IS SO ORDERED.

Dated:   March 15, 2013                              _____

SENIOR DISTRICT JUDGE

PROPOSED ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
STIPULATION FOR DISMISSAL; PROPOSED ORDER